No. 2,160.—B. F. PIPPINGER ET AL., RESPONDENTS, *v.* ROCKY FORK COAL CO., APPELLANT.

*Appeal from District Court, Carbon County; Frank Henry, Judge.*

Decided April 6, 1906.

PER CURIAM.—Upon motion of appellant the appeal herein is dismissed as settled.

*Messrs. Wallace & Donnelly,* for Appellant.

*Mr. T. J. Walsh,* for Respondents.

---

No. 2,307.—THE STATE OF MONTANA EX REL. H. W. STRINGFELLOW ET AL., RELATORS, *v.* L. K. DEVLIN, C. W. LING ET AL., RESPONDENTS.

Original application for writ of *quo warranto.*

Decided May 4, 1906.

PER CURIAM.—Nothing appearing in the application herein why this court should take original jurisdiction of this cause, the same is hereby dismissed.

*Mr. R. E. Hammond,* for Relators.